Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Daryl BODICK |
| **Docket Number:** | 2:01CR00074-01 |
| **Offender Address:** | Reno, Nevada |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/08/2001 |
| **Original Offense:** | 18 USC 371, 1344 - Conspiracy to Commit Bank Fraud (CLASS C FELONY) |
| **Original Sentence:** | 60 months Probation; $16,910.50 restitution; $100 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Drug aftercare program, including testing; 180 days home detention; 180 days community corrections center (CCC); Co-payment for treatment services |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/14/2005 |
| **Assistant U.S. Attorney:** | Camil A. Skipper         **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Victor S. Haltom         **Telephone:** (916) 444-8663<br>Appointed |

**RE:     Daryl BODICK**
**Docket Number:  2:01CR00074-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Other Court Action:**

<u>**08/08/2001:**</u>             Prob 12A1 Petition:  Marijuana Use; Modification to include 20 hours community service.

<u>**01/21/2003:**</u>             Prob 12A1 Petition:  Marijuana Use; Modification to include 40 hours community service; Drug counseling and testing services increased.

---

### PETITIONING THE COURT

**( X )  OTHER:** Set a court hearing for February 10, 2006, at 9 a.m., for the probationer to show cause why supervision heretofore ordered should not be revoked. The probation officer will notify the probationer and counsel of said hearing.

The probation officer alleges the offender has violated the following condition(s) of supervision:

<u>**Charge Number**</u>     <u>**Nature of Violation**</u>

**Charge 1:**          **INCURRING NEW CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER**

On or about September 2005, the probationer secured a car loan in the amount of $11,955, incurring monthly payments of $314. The probationer opened this line of credit and obtained this loan without the knowledge or approval of the probation officer, in violation of Special Condition Number 4.

**RE:    Daryl BODICK**
**Docket Number:  2:01CR00074-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Justification:**  Since being originally sentenced by Your Honor on June 8, 2001, Mr. Bodick has been supervised by the District of Nevada Probation Office.

As alleged in this violation petition, Mr. Bodick secured a car loan in the amount of $11,955, without the prior knowledge or approval of the probation officer.  It should be noted the current restitution balance in this matter is $11,263.75.  The probation officer immediately directed the probationer to sell this vehicle and eliminate this unauthorized car loan.  Mr. Bodick was also directed to advise the probation office of an immediate restitution payoff plan.  As of this date, Mr. Bodick has failed to follow either of these directives of the probation officer.  Therefore, the only remaining alternative is the filing of a formal probation violation petition.

**Bail/Detention:**  The probationer is not viewed as an imminent danger to the community or a flight risk at this time.  Therefore, it is recommended he be allowed to appear in court on his own recognizance.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:    January 25, 2006
Roseville, California
rae:cd

Respectfully submitted,

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**
Telephone:  (916) 786-2947

**RE:     Daryl BODICK**
        **Docket Number:  2:01CR00074-01**
        **PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(  )    The issuance of a warrant          (  )    Bail set at $ ____    (  )    No Bail

(  )    The issuance of a summons (copy to Defense Counsel).

(X)    Other:    Set a court hearing for February 10, 2006, at 9 a.m., for the probationer to show cause why supervision heretofore ordered should not be revoked. The probation officer will notify the probationer and counsel of said hearing.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

(  )    Defendant is ordered detained, to be brought before District Judge forthwith.

(  )    Initial appearance and detention hearing before Magistrate Judge.


Dated:  January 26, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```

cc:    United States Probation
       Camil A. Skipper, Assistant United States Attorney
       Victor S. Haltom, Appointed Defense Counsel
       428 "J" Street, Suite 350
       Sacramento, California 95814

Attachment:  Presentence Report  (Sacramento only)

## STATEMENT OF EVIDENCE OF ALLEGED
## PROBATION VIOLATIONS

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                           RE:    Daryl BODICK
                                                     Docket Number:  2:01CR00074-01

Your Honor:

In addition to a copy of the **Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **INCURRING NEW CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER**

      **A.**    **Evidence:**

          (1)    Loan documents related to a vehicle purchased by Mr. Bodick in the amount of $11,955, on or about September 2005.

      **B.**    **Witnesses:**

          (1)    United States Probation Officer Ron Crawford will testify that Mr. Bodick secured a car loan in the amount of $11,955 without Mr. Crawford's prior knowledge or approval

                Respectfully submitted,

                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

**DATED:**    January 25, 2006
                   Roseville, California
                   rae:cd

Rev.04/2005
PROB12C.PROB(NORTHERN).MRG

# REVOCATION GUIDE - PROBATION

**Offender Name:**   Daryl BODICK            **Docket Number:**   2:01CR00074-01

**Date of original offense:**   06/08/2001

**Statutory maximum imprisonment for original offense:**  5 **years**

**Highest grade of violation alleged:**            C

**Criminal History Category of offender:**         I

**Original guideline range:**  18 **to** 24 **months.**

**Chapter 7 range of imprisonment:**  3 **to** 9 **months.**

**Violation requires mandatory revocation:  YES:** __  **NO:**  X  .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum for the original offense.  Court must consider but is not bound by Chapter 7 ranges.  Reasons for the length of revocation sentence should be stated on the record.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; 2) Possession of a controlled substance; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3565 amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

01/25/2006
rae:cd