**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                    **RE:**     **Daryl A. BODICK**
                                 **Docket Number:  2:01CR00074-01**
                                 **RECOMMENDATION FOR DISMISSAL OF**
                                 **PROB 12C VIOLATION PETITION/VACATE**
                                 **COURT HEARING DATE FOR APRIL 28, 2006**

Your Honor:

On January 26, 2006, a Prob 12C Petition was filed alleging the probationer to be in violation of the conditions of his Probation. Specifically, Charge 1 alleges the probationer incurred new credit without the approval of the probation officer. On February 10, 2006, the probationer appeared in Court, and the matter was continued to April 28, 2006, for further proceedings. Following this hearing, this officer stressed to Mr. Bodick the importance of making aggressive payments toward his restitution order pending this next hearing.

To his credit, Mr. Bodick has made a good-faith effort to remedy his violation conduct and return to compliance with regard to his restitution order. Since his last court hearing on February 10, 2006, Mr. Bodick has made four payments totaling $5,100. The original restitution order in this case was $16,910.50, for which Mr. Bodick has paid $10,996.75, leaving a current balance of $5,913.75. When considering these current payments, Mr. Bodick has now met his restitution obligation in terms of his financial situation and ability to pay. Therefore, it is recommended this petition be dismissed.

It should be noted the probation term in this case is due to terminate on June 7, 2006. At that time, the remaining restitution balance will be turned over to the United States Attorney's Financial Litigation Unit for further collection efforts.

All parties are in agreement with this recommendation for dismissal.

Case 2:01-cr-00074-GEB   Document 18   Filed 04/27/06   Page 2 of 2

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>April 27, 2006<br>Page 2 | **RE:  Daryl A. BODICK**<br>**RECOMMENDATION FOR DISMISSAL OF**<br>**PROB 12C VIOLATION PETITION/VACATE**<br>**COURT HEARING DATE FOR APRIL 28, 2006** |

**RECOMMENDATION:** Based on the above information, it is respectfully recommended the Prob 12C Petition filed on January 26, 2006, be dismissed.  Further, it is recommended the Court hearing date set for April 28, 2006, at 9 a.m., be vacated.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

DATED:   April 27, 2006
         Roseville, California
         rae:cd

cc:   Camil A. Skipper
      Assistant United States Attorney          Telephone: (916) 554-2700

      Victor S. Haltom
      Appointed Defense Counsel                 Telephone: (916) 444-8663

---

APPROVE:   X                          DISAPPROVE: _____

Dated:  April 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge